COLLEEN BAL, State Bar No. 167637
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

Attorneys for Non-party Dropbox, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELLIOTT GREENLEAF & SIEDZIKOWSKI P.C.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WILLIAM R. BALABAN; CHARLES L. HERRON; PAMELA HEERON; and STEVENS & LEE, P.C.<br><br>　　　　Defendants. | CASE NO.: 3:12-mc-80170-EMC<br><br>**NOTICE OF WITHDRAWAL OF NON-PARTY DROPBOX, INC.'S MOTION TO QUASH SUBPOENA**<br><br>Pending in Case No.: 2:12-cv-00674 (TJS) (E.D. PA.) |

1    TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

2    PLEASE TAKE NOTICE THAT non-party Dropbox, Inc. ("Dropbox") hereby
3  withdraws without prejudice its Motion to Quash Subpoena, filed July 18, 2012.  The
4  subpoenaing party has withdrawn the subpoena at issue in this miscellaneous matter, so the
5  motion has become moot.  Dropbox therefore respectfully requests that Case No. 3:12-mc-
6  80170-EMC be closed.

7

8  Dated:  July 20, 2012                                    WILSON SONSINI GOODRICH & ROSATI
                                                             Professional Corporation
9

10
                                                             By:   /s/  Colleen Bal
11                                                                     Colleen Bal

12                                                           ATTORNEYS FOR NON-PARTY
                                                             DROPBOX, INC.
13

NOTICE OF WITHDRAWAL OF                    -1-                    CASE NO.: 3:12-MC-80170-EMC
MOTION TO QUASH SUBPOENA

# CERTIFICATE OF SERVICE

I, Kathie Ramos, declare:

I am employed in Santa Clara County. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, CA 94304.

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence would be deposited with the United States Postal Service on this date.

On this date, I served:

1. **NOTICE OF WITHDRAWAL OF NON-PARTY DROPBOX, INC.'S MOTION TO QUASH SUBPOENA**

on each person listed below, by placing the document described above in an envelope addressed as indicated below, which I sealed. I placed the envelopes for collection and mailing with the United States Postal Service on this day, following ordinary business practices at Wilson Sonsini Goodrich & Rosati.

| | |
|---|---|
| Bruce W. Kauffman<br>John M. Elliott<br>Frederick P. Santarelli<br>John P. Elliott<br>Mark A. Kearney<br>Mark Joseph Schwemler<br>Roger J. Harrington, Jr.<br>Elliott, Greenleaf & Sidzikowski, P.C.<br>925 Harvest Drive, Suite 300<br>Blue Bell, PA  19422 | Donald E. Wieand, Jr.<br>Stevens & Lee<br>190 Brodhead Road, Suite 200<br>Bethlehem, PA  18017<br><br>Gene D. Cohen<br>Richard L. Scheff<br>Montgomery, McCracken, Walker &<br>Rhoads, LLP<br>123 South Broad Street<br>Philadelphia, PA  19109 |
| William R. Balaban<br>312 North 26th Street<br>Camp Hill, PA  17011 | Jonathan P. Boughrum<br>Michael B. Hayes<br>Montgomery, McCracken, Walker &<br>Roads, LLP |
| Charles J. Bloom<br>Steven & Lee PC<br>620 Freedom Business Center, Ste. 200<br>King of Prussia, PA  19406 | 1235 West Lakes Drive, Suite 200<br>Berwyn, PA  19312<br><br>James C. Haggerty |
| Jeffrey D. Bukowski<br>Stacey A. Scrivani<br>Stevens & Lee<br>111 N. 6th Street<br>POBX 679<br>Reading, PA  19603 | Swartz Campbell LLC<br>Two Liberty Place, 28th Floor<br>50 S. 16th Street<br>Philadelphia, PA  19102<br><br>Christina Maria Reger<br>Michael F. R. Harris |
| Michael B. Hayes<br>Montgomery McCracken<br>Walker & Rhoads, LLP<br>123 S. Broad St.<br>Philadelphia, PA  19109-1030 | Noah H. Charlson<br>Richard L. Bazelonz<br>Bazelon Less & Feldman PC<br>1515 Market St., Suite 700<br>Philadelphia, PA  19102 |
| Lisa Smith Presta<br>W. Patrick Delaney<br>MacDonald Illig Jones & Britton LLP<br>100 State Street, Ste. 700<br>Erie, PA  16507-1498 | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed at Palo Alto, California on July 20, 2012.

By:  /s/ *Kathie Ramos*
       Kathie Ramos

CERTIFICATE OF SERVICE                                                    CASE NO.: 3:12-MC-80170-EMC